# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 18-0168-DOC (SSx)                    Date: June 21, 2018

Title:  DONNA DUGO V ORANGE TUSTIN INN, ET AL

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

|              Deborah Lewman              |              None              |
|:----------------------------------------:|:------------------------------:|
|             Courtroom Clerk              |        Court Reporter          |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:
            None Present                               None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION**

        The Court hereby ORDERS plaintiff to show cause in writing no later than **June 22, 2018** why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by plaintiffs, the Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- **Proposed Judgment**

        It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1.

        No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

MINUTES FORM 11
CIVIL-GEN                                                     Initials of Deputy Clerk:  djl