JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUGO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE TUSTIN INN, a business form unknown; DIP LAXMI LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-00168-DOC-SS<br><br>Judgment Re: Default Judgment |

JUDGMENT

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff DONNA DUGO shall have JUDGMENT in her favor in the amount of $5,040.00 against Defendants ORANGE TUSTIN INN and DIP LAXMI LLC.

Additionally, Defendants ORANGE TUSTIN INN and DIP LAXMI LLC are ordered to provide accessible premises compliant with the American with Disabilities Act Accessibility Guidelines.

DATED: June 22, 2018

*David O. Carter*

Hon. David O. Carter
**United States District Judge**